J. Noah Hagey, Esq. (SBN: 262331)
  hagey@braunhagey.com
Matthew Borden, Esq. (SBN: 214323)
  borden@braunhagey.COM
Richard O. Jackson, Esq. (SBN: 283928)
  jackson@braunhagey.com
BRAUNHAGEY & BORDEN LLP
220 Sansome Street, 2nd Floor
San Francisco, CA 94104
Telephone: (415) 599-0210
Facsimile: (415) 276-1808

ATTORNEYS FOR PLAINTIFF
NATURAL BALANCE PET FOODS, INC.

Diana Torres, Esq. (SBN: 162284)
  diana.torres@kirkland.com
Dale Cendali, Esq., *admitted pro hac vice*
  dale.cendali@kirkland.com
Johanna Schmitt, Esq., *admitted pro hac vice*
  johanna.schmitt@kirkland.com
KIRKLAND & ELLIS LLP
333 South Hope Street
Los Angeles, CA 90071
Telephone: (213) 680-8338
Facsimile: (213) 680-8500

ATTORNEYS FOR DEFENDANT
HILL'S PET NUTRITION, INC.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATURAL BALANCE PET FOODS INC., <br><br> Plaintiff, <br><br> v. <br><br> HILL'S PET NUTRITION, INC., <br><br> Defendant. | Case No. CV 12-9237 MWF(Ex) <br> Judge: Hon. Michael W. Fitzgerald <br><br> **JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |

1
Joint Stipulation of Dismissal Without Prejudice

Case No. 12-CV-9237 MWF(EX)

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff Natural Balance Pet Foods, Inc. and Defendant Hill's Pet Nutrition, Inc., through their respective counsel, hereby stipulate as follows:

1. All claims in the above-entitled action are dismissed in their entirety without prejudice and each party shall bear its own fees and costs.

2. The appended [Proposed] Order shall be entered.

**IT IS SO STIPULATED.**

Dated: February 26, 2013

BRAUNHAGEY & BORDEN LLP

By: _____
J. Noah Hagey

*Attorneys for Plaintiff Natural Balance Pet Foods, Inc.*

Dated: February 27, 2013

KIRKLAND & ELLIS LLP

By: _____
Diana Torres

*Attorneys for Defendant Hill's Pet Nutrition, Inc.*