**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATURAL BALANCE PET FOODS INC., <br><br> Plaintiff, <br><br> v. <br><br> HILL'S PET NUTRITION, INC., <br><br> Defendant. | Case No. CV 12-9237 MWF(Ex) <br> Judge: Hon. Michael W. Fitzgerald <br><br> **ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |

## ORDER

Based on the parties' Joint Stipulation of Dismissal without Prejudice, it is hereby ORDERED that:

1. All claims in the above-captioned action are dismissed in their entirety without prejudice and each party shall bear its own fees and costs.

**IT IS SO ORDERED.**

Dated: February 28, 2013

_____
United States District Court Judge

---

1
[Proposed] Order Granting Joint Stipulation of Dismissal Without Prejudice
Case No. 12-CV-9237 MWF(EX)